IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| GLOBAL ELECTRICAL SOLUTIONS, INC., and MATTHEW PADON, | ) ) ) ) | NO. 3:08-00619 JUDGE HAYNES |
| Plaintiffs, | ) ) ) ) | |
| ENERGY AUTOMATION SYSTEMS, INC., | ) ) ) | |
| Defendant. | ) | |

## ORDER

In accordance with the Memorandum filed herewith, the Defendant's motion to dismiss (Docket Entry No. 4) is **GRANTED** and the Plaintiffs' motion to amend (Docket Entry No. 7) is **DENIED**. This action is **DISMISSED with prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 23rd day of February, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge